

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2020

No. 04-20-00230-CV

Kristen **SULLIVAN** d/b/a Celia's Closet,
Appellant

v.

Joe Mathews **POUND** and the Estate of Celia H. Pound,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17161A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by August 21, 2020. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, **no later than October 2, 2020**, its brief and a written response reasonably explaining: (1) the failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court